UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGORY D DIXON II,

Plaintiff,

-against-

VILLAGE OF SLEEPY HOLLOW, et al.,

Defendants.

**ORDER**

26-CV-113 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 22, 2026, Plaintiff filed a motion for summary judgment, supported by a memorandum of law, declaration, and Rule 56.1 Statement. (Docs. 40-45). Because this Court's Rules do not require *pro se* parties to seek leave by way of pre-motion letter to move for summary judgment, the Court accepts Plaintiff's filing as his motion.

Defendants, who are represented by counsel, filed a pre-motion letter seeking leave to move for summary judgment (Doc. 49), but also filed a motion for summary judgment, declaration, and Rule 56.1 Statement, without the Court's permission (Docs. 49-52). Defendants' motion for summary judgment (Doc. 50) is denied without prejudice for failure to comply with the Court's Rules.

For purposes of efficiency and to conserve judicial resources, the Court waives any pre-motion conference requirement and structures a briefing schedule for summary judgment cross-motions as follows: Defendants will serve and file a notice of motion, and their opposition to Plaintiff's motion and support for their motion in a single brief by December 4, 2026; Plaintiff shall serve and file his opposition to Defendants' motion and reply in a single brief by January 8, 2027; and by January 16, 2027, Defendants shall file a letter advising whether they seek leave to file a sur-reply brief. The parties are on notice pursuant to Rule 56(f) that upon review of all motion

papers the Court may search the record and grant summary judgment for a nonmovant if appropriate.

Defendants' request for a pre-motion conference is therefore denied as unnecessary (Doc. 49).

The Clerk of Court is respectfully requested to terminate the pending motions (Doc. 49, Doc. 50), and to mail a copy of this order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
November 6, 2026

PHILIP M. HALPERN
United States District Judge