UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY D DIXON II,<br><br>Plaintiff,<br><br>-against-<br><br>VILLAGE OF SLEEPY HOLLOW, et al.,<br><br>Defendants. | **ORDER**<br><br>26-CV-113 (PMH) |

PHILIP M. HALPERN, United States District Judge:

In light of the Court's recent order setting a briefing schedule for the motions for summary judgment (Doc. 54), the case management conference scheduled for November 19, 2026 is adjourned *sine die*.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff.

**SO ORDERED:**

Dated: White Plains, New York
November 10, 2026

PHILIP M. HALPERN
United States District Judge